

United States District Court
Southern District of Texas
FILED

MAY 0 9 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| OFFSHORE ENTERTAINMENT CORP. | § § | BKCY CASE NO. 03-10400-B-13 |
| DEBTOR | § | CHAPTER 11 |

| | | |
|---|---|---|
| OFFSHORE ENTERTAINMENT CORP. Plaintiff | § § | |
| VS. | § § | ADVERSARY NO. B-03-083 |
| PORT ISABEL - SAN BENITO NAVIGATION DISTRICT Defendant | § § § § | JURY TRIAL DEMANDED |

### DEFENDANT PORT ISABEL - SAN BENITO'S CONDITIONAL DEMAND FOR JURY TRIAL

May it Please the Court:

COMES NOW the PORT ISABEL-SAN BENITO NAVIGATION DISTRICT (hereafter simply "DEFENDANT" or "NAVIGATION DISTRICT") and, subject to dispositive motions, files this conditional DEMAND FOR JURY TRIAL in this Adversary Proceeding, pursuant to Rules 81(c) and 38, Fed.R.Civ.P., as well as any applicable Bankruptcy Rules, with regard to any and all claims and causes of action to which DEFENDANT is entitled under the law applicable to this controversy. This demand for JURY TRIAL is further subject to the NAVIGATION'S DISTRICT'S right to file and pursue dispositive relief in the form of a Motion for Remand and/or Dismissal in this Adversary Proceeding. This demand is hereby timely made within ten days of removal of this action to U.S. District Court, ostensibly as a core bankruptcy proceeding, a proposition which DEFENDANT hereby specifically denies is true or correct.

SIGNED this 9th day of May, 2003.

                                Respectfully submitted,

                                **DENTON, NAVARRO, ROCHA & BERNAL**
                                A Professional Corporation
                                Bank of America Building
                                222 East Van Buren, Suite 405
                                Harlingen, Texas 78550
                                956/421-4904
                                956/421-3621 (Fax)

By: _Ricardo J. Navarro_
                                RICARDO J. NAVARRO
                                State Bar No. 14829100
                                Federal I.D. No. 5953
                                RENE B. GONZALEZ
                                State Bar. No. 08131380
                                Federal I.D. No. 8649

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document has been sent to the persons indicated below by U.S. Mail, postage prepaid, or as otherwise indicated, and in accordance with the Federal Rules of Civil Procedure, on this the 9th day of May, 2003.

Mr. Baldemar Cano, Jr.
Attorney at Law
217 South Cage
Pharr, Texas 78577
BKCY COUNSEL FOR OFFSHORE ENTERTAINMENT CORP.

Mr. Albert Villegas
Attorney At Law
1324 East 7th Street
Brownsville, Texas 78520
COUNSEL FOR OFFSHORE ENTERTAINMENT CORP.

_Ricardo J. Navarro_
RICARDO J. NAVARRO
RENE B. GONZALEZ