IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| IN RE: | § § | |
| OFFSHORE ENTERTAINMENT CORP. | § § | BKCY CASE NO. 03-10400-B-13 |
| DEBTOR | § | CHAPTER 11 |
| | | |
| OFFSHORE ENTERTAINMENT CORP.<br>Plaintiff | § § § | |
| VS. | § § | ADVERSARY NO. B-03-083 |
| PORT ISABEL - SAN BENITO<br>NAVIGATION DISTRICT<br>Defendant | § § § § | JURY TRIAL DEMANDED |

## ORDER

The Court having received the Motion to Strike Removal filed by the Port Isabel - San Benito Navigation District hereby refers this case sua sponte to the Bankruptcy Court. Therefore, Adversary Number B-03-083 is hereby transferred to Judge Schmidt for his consideration with Bankruptcy Case Number 03-10400-B-13. All settings set by this Court are hereby canceled.

Signed this 16th day of May, 2003.

Honorable Andrew S. Hanen
United States District Judge